1
2
3                    UNITED STATES BANKRUPTCY COURT
4                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
5
6
7  In re                                    )   Case No. 2:11-bk-33451-PC
   JACK A. HARRIMAN, Debtor                 )
8                                           )
                                            )   [Chapter 7   ]
9                                           )
                                            )
10             Debtor(s).                   )
                                            )
11 ─────────────────────────────────────────)
   JACK A. HARRIMAN, Discharged Debtor      )
12                                          )   Adv. No. 13-ap-02195-PC
                                            )
13                                          )   MEDIATOR'S CERTIFICATE
           Plaintiff(s)/ Movant(s),         )   REGARDING COMPLETION OF
14                                          )   MEDIATION CONFERENCE
           v.                               )
15 VLADIMIR BORODATY, an individual;        )
   VLADIMIR YAMPOLSKY, an individual;       )
16 JERRY SEIDERMAN, an individual, et al.   )
                                            )
17         Defendant(s)/Respondent(s).      )
                                            )
18 ─────────────────────────────────────────)

        1.    I was assigned to mediate this matter by order of this Court dated _____
19
   Unknown_____ as the:
20
              (a)  Mediator ___✓___;
21
              (b)  Alternate Mediator _____;
22
              (c)  Successor Mediator _____;
23
              (d)  Successor Alternate Mediator _____.
24
        2.    I hereby certify that, to the best of my information and belief, the
25
   mediation assignment:
26

   Form 706                                                              Revised 11/09

|    |    |    |
|----|----|----|
| 1  |    | (a) Settled ___✓___; |
| 2  |    | (b) Did NOT settle _____. |
| 3  | 3. | If the matter SETTLED: |

      (a) Did the matter settle prior to the mediation conference without a mediation conference being held? NO _____

      (b) If you conducted a mediation conference that settled, on what date(s) did the conference occur? August 27, 2014 _____

      (c) If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation? Plaintiff's counsel _____.

4. If the matter DID NOT settle:

      (a) Was the matter dismissed by the Court prior to the mediation conference? _____

      (b) Did you conduct a mediation conference? _____

      (c) If you conducted a mediation conference, on what date(s) did the conference occur? _____

_____.

DATED: September 2, 2014         Steven M. Sepassi
                                  (Name of Mediator)

                                  _____
                                  (Signature of Mediator)

cc: Hon. Barry Russell
    Mediation Program Administrator
    United States Bankruptcy Court
    255 East Temple Street, Suite 1660
    Los Angeles, California 90012

Form 706                            2                        Revised 11/09